# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re:                                §
                                      §
GWENDOLYN J FOX                       §     Case No. 14-81072
                                      §
          Debtor                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/01/2014 . The undersigned trustee was appointed on 04/01/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $   200,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 125,529.48 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 59,470.52 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/23/2015 and the deadline for filing governmental claims was 07/23/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 10,869.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,869.36 , for a total compensation of $ 10,869.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 21.62 , for total expenses of $ 21.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/15/2016           By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 14-81072 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | GWENDOLYN J FOX | | | | Date Filed (f) or Converted (c): | 04/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/15/2014 |
| For Period Ending: | 04/15/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 2. Older Household Furnishings & Personal Belonging | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Books, Family Pictures, CD's, DVD's | 100.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. Misc. costume jewelry | 300.00 | 200.00 | | 0.00 | FA |
| 6. Employer-Provided Term Life Insurance Policy [No | 0.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance Policy [No Cash Value] | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401[K] [100% Exempt] | 0.00 | 0.00 | | 0.00 | FA |
| 9. Pension [100% Exempt] | 0.00 | 0.00 | | 0.00 | FA |
| 10. 100% Ownership of Gwen Fox Jewelry. Only assets | 1.00 | 0.00 | | 0.00 | FA |
| 11. Potential Personal Injury Settlement stemming fr | 0.00 | 105,000.00 | | 200,000.00 | FA |
| 12. 2005 Ford Focus with 120,000 miles | 3,710.00 | 0.00 | | 0.00 | FA |
| 13. Beads used for Jewelry Sales | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $5,861.00      $105,200.00      $200,000.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PRODUCTS LIABILITY CASE SETTLED. FUNDS RECEIVED 4/4/2016. EXEMPTION CHECK TO CLEAR THEN TRUSTEE WILL PREPARE FINAL REPORT.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2015    Current Projected Date of Final Report (TFR): 06/01/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-81072 | Trustee Name: BERNARD J. NATALE |
| Case Name: GWENDOLYN J FOX | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8202 |
| | Checking |
| Taxpayer ID No: XX-XXX3714 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/15/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/16 | | Burg Simpson Yaz Settlement Fund<br>6281 Tri-Ridge Road<br>Suite 300<br>Loveland OH 45140 | Settlement Funds on Product Liability/PI Cause of Action | | | $74,470.52 | | $74,470.52 |
| | | | Gross Receipts | $200,000.00 | | | | |
| | | Court | 2% MDL Court Ordered Common Benefit Assessment | ($4,000.00) | 3991-000 | | | |
| | | Burg Sipmson Eldredge Hersh & Jardine PC<br>40 Invernes Drive East<br>Englewood CO 80112 | Special Counsel Atty Fees | ($64,000.00) | 3210-000 | | | |
| | | Mark & Associates PC<br>626 RexCorp Plaza<br>Uniondale NY 11556 | Special Counsel Atty Fees | ($16,000.00) | 3210-000 | | | |
| | | Garretson Resolution Group | Administration of Liens | ($500.00) | 3991-000 | | | |
| | | Court | 20% Court Order hold back for future medical liens | ($40,000.00) | 3991-000 | | | |
| | | Burg Simpson Eldredge Hersh & Jardine PC | Special Counsel Expenses | ($1,029.48) | 3220-000 | | | |
| | 11 | | Potential Personal Injury Settlement stemming fr | $200,000.00 | 1142-000 | | | |
| 04/07/16 | 1101 | GWENDOLYN FOX<br>723 WOODLAWN AVENUE<br>ROCKFORD, IL  61103 | Payment of Exemption | | 8100-002 | | $15,000.00 | $59,470.52 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $74,470.52 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $74,470.52 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $74,470.52 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*              Page Subtotals:        $74,470.52        $15,000.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8202 - Checking | $74,470.52 | $0.00 | $59,470.52 |
| | $74,470.52 | $0.00 | $59,470.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $125,529.48 |
| Total Net Deposits: | $74,470.52 |
| Total Gross Receipts: | $200,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-81072-TML  
Debtor Name: GWENDOLYN J FOX  
Claims Bar Date: 7/23/2015  

Date: April 15, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| EXEMPT 99 8100 | GWENDOLYN FOX<br>723 WOODLAWN AVENUE<br>ROCKFORD, IL  61103 | Administrative | | $15,000.00 | $15,000.00 | $15,000.00 |
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $10,869.36 | $10,869.36 |
| Trte Exp 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $21.62 | $21.62 |
| Atty 100 3110 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | Attorney Fees - BJN Fees $1495.00 and MB Fees $515.00 | $0.00 | $2,010.00 | $2,010.00 |
| Exp Atty 100 3120 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $62.15 | $62.15 |
| 100 3210 | Mark & Associates PC<br>626 RexCorp Plaza<br>Uniondale NY 11556 | Administrative | | $16,000.00 | $0.00 | $16,000.00 |
| SPATTY 100 3210 | Burg Sipmson Eldredge Hersh & Jardine PC<br>40 Invernes Drive East<br>Englewood CO 80112 | Administrative | | $64,000.00 | $0.00 | $64,000.00 |
| 100 3220 | Burg Simpson Eldredge Hersh & Jardine PC | Administrative | | $1,029.48 | $0.00 | $1,029.48 |
| MDL 100 3991 | Court | Administrative | | $4,000.00 | $0.00 | $4,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-81072-TML  
Debtor Name: GWENDOLYN J FOX  
Claims Bar Date: 7/23/2015  
Date: April 15, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3991 | Court | Administrative | | $40,000.00 | $0.00 | $40,000.00 |
| 100 3991 | Garretson Resolution Group | Administrative | | $500.00 | $0.00 | $500.00 |
| 1 610 7100 | Atlas Acquisitions LLC (Cmg) 294 Union St. Hackensack, NJ 07601 | Unsecured | | $0.00 | $430.00 | $430.00 |
| 2 610 7100 | Atlas Acquisitions LLC (Cmg) 294 Union St. Hackensack, NJ 07601 | Unsecured | | $0.00 | $430.00 | $430.00 |
| 3 610 7100 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $564.40 | $564.40 |
| 4 610 7100 | Capital One N. A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $760.83 | $760.83 |
| 5 610 7100 | Merrick Bank Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | | $0.00 | $974.36 | $974.36 |
| 6 610 7100 | Cynthia Buffa Lee F DeWald/DeWald Law Group PC 1237 South Arlington Heights Rd Arlington Heights, IL 60005 | Unsecured | | $0.00 | $2,474.00 | $2,474.00 |
| 7 610 7100 | Portfolio Recovery Associates LLC P O Box 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $1,248.17 | $1,248.17 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-81072-TML                                                                                      Date: April 15, 2016
Debtor Name: GWENDOLYN J FOX
Claims Bar Date: 7/23/2015

|   | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>610<br>7100 | Capital One N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured |  | $0.00 | $400.42 | $400.42 |
| 9<br>620<br>7200 | ROCKFORD MERCANTILE<br>2502 S ALPINE RD<br>ROCKFORD, IL  61108 | Unsecured |  | $0.00 | $1,410.32 | $1,410.32 |
| 10<br>620<br>7200 | U. S. Deparment of Education<br>C/O FedLoan Servicing<br>P.O.Box 530210<br>Atlanta, GA  30353-0210 | Unsecured |  | $0.00 | $5,165.29 | $5,165.29 |
|   | Case Totals |  |  | $140,529.48 | $41,820.92 | $167,350.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-81072
Case Name: GWENDOLYN J FOX
Trustee Name: BERNARD J. NATALE

    Balance on hand      $      59,470.52

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 10,869.36 | $ 0.00 | $ 10,869.36 |
| Trustee Expenses: BERNARD J. NATALE | $ 21.62 | $ 0.00 | $ 21.62 |
| Attorney for Trustee Fees: BERNARD J. NATALE | $ 2,010.00 | $ 0.00 | $ 2,010.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE | $ 62.15 | $ 0.00 | $ 62.15 |
| Other: Burg Simpson Eldredge Hersh & Jardine PC | $ 1,029.48 | $ 1,029.48 | $ 0.00 |
| Other: Burg Sipmson Eldredge Hersh & Jardine PC | $ 64,000.00 | $ 64,000.00 | $ 0.00 |
| Other: Court | $ 4,000.00 | $ 4,000.00 | $ 0.00 |
| Other: Court | $ 40,000.00 | $ 40,000.00 | $ 0.00 |
| Other: Garretson Resolution Group | $ 500.00 | $ 500.00 | $ 0.00 |
| Other: Mark & Associates PC | $ 16,000.00 | $ 16,000.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $    12,963.13

    Remaining Balance      $    46,507.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,282.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Cmg) | $ 430.00 | $ 0.00 | $ 430.00 |
| 2 | Atlas Acquisitions LLC (Cmg) | $ 430.00 | $ 0.00 | $ 430.00 |
| 3 | Quantum3 Group LLC as agent for | $ 564.40 | $ 0.00 | $ 564.40 |
| 4 | Capital One N. A. | $ 760.83 | $ 0.00 | $ 760.83 |
| 5 | Merrick Bank | $ 974.36 | $ 0.00 | $ 974.36 |
| 6 | Cynthia Buffa | $ 2,474.00 | $ 0.00 | $ 2,474.00 |
| 7 | Portfolio Recovery Associates LLC | $ 1,248.17 | $ 0.00 | $ 1,248.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital One N. A. | $ 400.42 | $ 0.00 | $ 400.42 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,282.18 |
| | Remaining Balance | | $ | 39,225.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,575.61 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | ROCKFORD MERCANTILE | $ 1,410.32 | $ 0.00 | $ 1,410.32 |
| 10 | U. S. Deparment of Education | $ 5,165.29 | $ 0.00 | $ 5,165.29 |
| | Total to be paid to tardy general unsecured creditors | | $ | 6,575.61 |
| | Remaining Balance | | $ | 32,649.60 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 36.81 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 32,612.79 .