# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GWENDOLYN J FOX | § | Case No. 14-81072 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 200.00
*(Without deducting any secured claims)*

Assets Exempt: 20,661.00

Total Distributions to Claimants:  13,894.60

Claims Discharged
Without Payment:  29,338.00

Total Expenses of Administration:  138,492.61

---

3) Total gross receipts of $ 200,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 47,612.79  (see **Exhibit 2**), yielded net receipts of $ 152,387.21  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,963.13 | 138,492.61 | 138,492.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,338.00 | 13,857.79 | 13,857.79 | 13,894.60 |
| **TOTAL DISBURSEMENTS** | $ 29,338.00 | $ 26,820.92 | $ 152,350.40 | $ 152,387.21 |

4) This case was originally filed under chapter 7 on  04/01/2014 .  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/02/2016                           By:/s/BERNARD J. NATALE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Personal Injury Settlement stemming fr | 1142-000 | 200,000.00 |
| TOTAL GROSS RECEIPTS | | $ 200,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GWENDOLYN FOX | Exemptions | 8100-002 | 15,000.00 |
| GWENDOLYN J FOX | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 32,612.79 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 47,612.79 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 14-81072   Doc 30   Filed 08/09/16   Entered 08/09/16 16:00:25   Desc Main
Document       Page 4 of 21

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 10,869.36 | 10,869.36 | 10,869.36 |
| BERNARD J. NATALE | 2200-000 | NA | 21.62 | 21.62 | 21.62 |
| BERNARD J. NATALE | 3110-000 | NA | 2,010.00 | 2,010.00 | 2,010.00 |
| BERNARD J. NATALE | 3120-000 | NA | 62.15 | 62.15 | 62.15 |
| Burg Sipmson Eldredge Hersh & Jardine PC | 3210-000 | NA | 0.00 | 64,000.00 | 64,000.00 |
| Mark & Associates PC | 3210-000 | NA | 0.00 | 16,000.00 | 16,000.00 |
| Burg Simpson Eldredge Hersh & Jardine PC | 3220-000 | NA | 0.00 | 1,029.48 | 1,029.48 |
| Court | 3991-000 | NA | 0.00 | 44,000.00 | 44,000.00 |
| Garretson Resolution Group | 3991-000 | NA | 0.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,963.13 | $ 138,492.61 | $ 138,492.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ameriloan | 6950-000 | NA | 0.00 | 0.00 | 0.00 |
| Kenwood Loans | 6990-000 | NA | 0.00 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Radiology 520 E. 22nd St Lombard, IL 60148 | | 100.00 | NA | NA | 0.00 |
| | Al LaPelusa DDS 711 Orchard St Deerfield, IL 60015 | | 200.00 | NA | NA | 0.00 |
| | Ameriloan 2533 N. Carson St. Suite 4976 Carson City, NV 89706 | | 750.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arlington Jewelry & Loan<br>901 W Rand Rd<br>Arlington Heights, IL 60004 | | 5,000.00 | NA | NA | 0.00 |
| | Arlington Ridge Pathology<br>520 E. 22nd St<br>Lombard, IL 60148 | | 50.00 | NA | NA | 0.00 |
| | Associated Receivable<br>P O Box 212609<br>Augusta, GA 30917 | | 292.00 | NA | NA | 0.00 |
| | AT&T<br>P.O. Box 6416<br>Carol Stream, IL 60197 | | 407.00 | NA | NA | 0.00 |
| | Bank of America Mortgage<br>Box 650070<br>Dallas, TX 752650070 | | 0.00 | NA | NA | 0.00 |
| | Barrington Internal Med<br>Box 1123<br>Jackson, MI 49204 | | 150.00 | NA | NA | 0.00 |
| | BMO Harris<br>3800 Golf Rd  Suite 300<br>Rolling Meadows, IL 60008 | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | | 760.00 | NA | NA | 0.00 |
| | Cardiovascular Medicine<br>Box 428<br>Davenport, IA 52805 | | 100.00 | NA | NA | 0.00 |
| | Cash Taxi plaza commercial<br>center<br>level 5 blisazza st<br>Silema Slm 1640<br>, | | 1,000.00 | NA | NA | 0.00 |
| | Comenity Bank/Woman<br>Within<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | | 564.00 | NA | NA | 0.00 |
| | Creditors Protection S<br>Po Box 4115<br>Rockford, IL 61101 | | 692.00 | NA | NA | 0.00 |
| | Cynthia Buffa<br>230 Osage Terr<br>Buffalo Grove, IL 60089 | | 2,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dish Network<br>3800 N Perryville<br>Rockford, IL 61114 | | 0.00 | NA | NA | 0.00 |
| | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106 | | 3,114.00 | NA | NA | 0.00 |
| | Gecrb/Home Shopping<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | 500.00 | NA | NA | 0.00 |
| | GMAC Mortgage<br>Box 4622<br>Waterloo, IA 50704 | | 0.00 | NA | NA | 0.00 |
| | GYNE & OB Assoc<br>675 W. Central Rd Suite 100C<br>Arlington Heights, IL 60005 | | 50.00 | NA | NA | 0.00 |
| | H & R Accounts Inc<br>7017 John Deere Pa<br>Moline, IL 61265 | | 35.00 | NA | NA | 0.00 |
| | Hydra Financial<br>360 Pinewood Dr<br>Longmeadow, MA 01106 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ideal Gelt<br>790 W Sam Houston Pkwy<br>North<br>Ste 202<br>Houston, TX 77024 | | 1,325.00 | NA | NA | 0.00 |
| | Kenwood Loans<br>1111 6th Ave suite 300<br>San Diego, CA 92101 | | 500.00 | NA | NA | 0.00 |
| | Kohls/Cap One<br>Po Box 3115<br>Milwaukee, WI 53201 | | 400.00 | NA | NA | 0.00 |
| | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | | 1,310.00 | NA | NA | 0.00 |
| | Metro Center for Health<br>901 McClintock Dr  Suite 202<br>Willowbrook, IL 60527 | | 100.00 | NA | NA | 0.00 |
| | MyCashNow<br>1712 Pioneer Ave Suite 120<br>Cheyenne, WY 82001 | | 500.00 | NA | NA | 0.00 |
| | Orchad Bank/HSBC<br>PO BOX 80084<br>Salinas, CA 93912 | | 1,248.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pacific Pulmonary Services<br>3384 N Publishers Dr #C<br>Rockford, IL 61109 | | 245.00 | NA | NA | 0.00 |
| | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | | 1,248.00 | NA | NA | 0.00 |
| | Remedy Therepeutics<br>Box 277228<br>Atlanta, GA 30384 | | 300.00 | NA | NA | 0.00 |
| | Road Ranger C/O TRS<br>Recovery<br>5251 Westheimer<br>Houston, TX 77056 | | 88.00 | NA | NA | 0.00 |
| | Rockford Mercantile<br>2502 S. Alpine Rd<br>Rockford, IL 61108 | | 1,410.00 | NA | NA | 0.00 |
| | Roy Smyth<br>3048 NE 17th Ave<br>Pompano Beach, FL 33064 | | 900.00 | NA | NA | 0.00 |
| | Southwest Credit<br>4120 International Pkwy<br>Suite 1100<br>Carrollton, TX 75007 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trinity Medical Center<br>Box 9391<br>Des Moines, IA 50306 | | 2,000.00 | NA | NA | 0.00 |
| | US Fast Cash<br>2533 N. Carson St<br>Carson City, NV 89706 | | 500.00 | NA | NA | 0.00 |
| | Advanced Radiology | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Al LaPelusa DDS | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Arlington Jewelry & Loan | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Arlington Ridge Pathology | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Associated Receivable | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | AT&T | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | Atlas Acquisitions LLC (Cmg) | 7100-000 | NA | 430.00 | 430.00 | 430.00 |
| 2 | Atlas Acquisitions LLC (Cmg) | 7100-000 | NA | 430.00 | 430.00 | 430.00 |
| | Bank of America Mortgage | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Barrington Internal Medicine | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | BMO Harris Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Capital One N. A. | 7100-000 | NA | 760.83 | 760.83 | 760.83 |
| 8 | Capital One N. A. | 7100-000 | NA | 400.42 | 400.42 | 400.42 |
| | Cardiovascular Medicine | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Cash Taxi | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | CE Credit/Home Shopping | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Creditors Protection Service Inc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | Cynthia Buffa | 7100-000 | NA | 2,474.00 | 2,474.00 | 2,474.00 |
| | Dish Network | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | GYN & OB Associates | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | H & R Accounts Inc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Hydra Financial | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Ideal Gelt | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | Merrick Bank | 7100-000 | NA | 974.36 | 974.36 | 974.36 |
| | Metro Center for Health | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | MyCashNow | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Pacific Pulmonary | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates LLC | 7100-000 | NA | 1,248.17 | 1,248.17 | 1,248.17 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | NA | 564.40 | 564.40 | 564.40 |
| | Remedy Therepeutics | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Road Ranger | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Roy Smyth | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Southwest Credit | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | Trinity Medical Center | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| | US Fast Cash | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 9 | ROCKFORD MERCANTILE | 7200-000 | NA | 1,410.32 | 1,410.32 | 1,410.32 |
| 10 | U. S. Deparment of Education | 7200-000 | NA | 5,165.29 | 5,165.29 | 5,165.29 |
| | Atlas Acquisitions LLC (Cmg) | 7990-000 | NA | NA | NA | 2.28 |
| | Capital One N. A. | 7990-000 | NA | NA | NA | 3.08 |
| | Cynthia Buffa | 7990-000 | NA | NA | NA | 6.57 |
| | Merrick Bank | 7990-000 | NA | NA | NA | 2.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Associates LLC | 7990-000 | NA | NA | NA | 3.32 |
| | Quantum3 Group LLC as agent for | 7990-000 | NA | NA | NA | 1.50 |
| | ROCKFORD MERCANTILE | 7990-000 | NA | NA | NA | 3.75 |
| | U. S. Deparment of Education | 7990-000 | NA | NA | NA | 13.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,338.00 | $ 13,857.79 | $ 13,857.79 | $ 13,894.60 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-81072 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | GWENDOLYN J FOX | | | | Date Filed (f) or Converted (c): | 04/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/15/2014 |
| For Period Ending: | 08/02/2016 | | | | Claims Bar Date: | 07/23/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Bank of America Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 2.  Older Household Furnishings & Personal Belonging | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Books, Family Pictures, CD's, DVD's | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5.  Misc. costume jewelry | 300.00 | 200.00 | | 0.00 | FA |
| 6.  Employer-Provided Term Life Insurance Policy [No | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Term Life Insurance Policy [No Cash Value] | 0.00 | 0.00 | | 0.00 | FA |
| 8.  401[K] [100% Exempt]                    (u) | Unknown | N/A | | 0.00 | FA |
| 9.  Pension [100% Exempt] | Unknown | 0.00 | | 0.00 | FA |
| 10.  100% Ownership of Gwen Fox Jewelry. Only assets | 1.00 | 0.00 | | 0.00 | FA |
| 11.  Potential Personal Injury Settlement stemming fr (u) | Unknown | 0.00 | | 200,000.00 | FA |
| 12.  2005 Ford Focus with 120,000 miles | 3,710.00 | 0.00 | | 0.00 | FA |
| 13.  Beads used for Jewelry Sales | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,861.00 | $200.00 | | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PRODUCTS LIABILITY CASE SETTLED. FUNDS RECEIVED 4/4/2016. EXEMPTION CHECK TO CLEAR THEN TRUSTEE WILL PREPARE FINAL REPORT.

Exhibit 8

RE PROP #     1   --   Imported from original petition Doc# 1
RE PROP #     2   --   Imported from original petition Doc# 1
RE PROP #     3   --   Imported from original petition Doc# 1
RE PROP #     4   --   Imported from original petition Doc# 1
RE PROP #     5   --   Imported from original petition Doc# 1
RE PROP #     6   --   Imported from original petition Doc# 1
RE PROP #     7   --   Imported from original petition Doc# 1
RE PROP #     8   --   Imported from original petition Doc# 1
RE PROP #     9   --   Imported from original petition Doc# 1
RE PROP #    10   --   Imported from original petition Doc# 1
RE PROP #    12   --   Imported from original petition Doc# 1
RE PROP #    13   --   Imported from original petition Doc# 1

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 06/01/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No:  14-81072 | Trustee Name:  BERNARD J. NATALE |
| Case Name:  GWENDOLYN J FOX | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX8202 |
| | Checking |
| Taxpayer ID No:  XX-XXX3714 | Blanket Bond (per case limit):  $3,000.00 |
| For Period Ending:  08/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/16 | | Burg Simpson Yaz Settlement Fund 6281 Tri-Ridge Road Suite 300 Loveland OH 45140 | Settlement Funds on Product Liability/PI Cause of Action | | $74,470.52 | | $74,470.52 |
| | | | Gross Receipts $200,000.00 | | | | |
| | | Court | 2% MDL Court Ordered Common Benefit Assessment ($4,000.00) | 3991-000 | | | |
| | | Burg Sipmson Eldredge Hersh & Jardine PC 40 Invernes Drive East Englewood CO 80112 | Special Counsel Atty Fees ($64,000.00) | 3210-000 | | | |
| | | Mark & Associates PC 626 RexCorp Plaza Uniondale NY 11556 | Special Counsel Atty Fees ($16,000.00) | 3210-000 | | | |
| | | Garretson Resolution Group | Administration of Liens ($500.00) | 3991-000 | | | |
| | | Court | 20% Court Order hold back for future medical liens ($40,000.00) | 3991-000 | | | |
| | | Burg Simpson Eldredge Hersh & Jardine PC | Special Counsel Expenses ($1,029.48) | 3220-000 | | | |
| | 11 | | Potential Personal Injury Settlement stemming fr $200,000.00 | 1142-000 | | | |
| 04/07/16 | 1101 | GWENDOLYN FOX 723 WOODLAWN AVENUE ROCKFORD, IL  61103 | Payment of Exemption | 8100-002 | | $15,000.00 | $59,470.52 |
| 06/07/16 | 1102 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL  61107 | Distribution | | | $12,963.13 | $46,507.39 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($10,869.36) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($21.62) | 2200-000 | | | |
| | | | Page Subtotals: | | $74,470.52 | $27,963.13 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-81072 | | | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|
| Case Name: | GWENDOLYN J FOX | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | XXXXXX8202 |
| | | | | | Checking |
| Taxpayer ID No: | XX-XXX3714 | | | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 08/02/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($2,010.00) | 3110-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. | ($62.15) | 3120-000 | | | |
| 06/07/16 | 1103 | Atlas Acquisitions LLC (Cmg) 294 Union St. Hackensack, NJ  07601 | Distribution | | | | $862.28 | $45,645.11 |
| | | | | ($2.28) | 7990-000 | | | |
| | | Atlas Acquisitions LLC (Cmg) | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($430.00) | 7100-000 | | | |
| | | Atlas Acquisitions LLC (Cmg) | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($430.00) | 7100-000 | | | |
| 06/07/16 | 1104 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA  98083-0788 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | | $565.90 | $45,079.21 |
| | | | | ($1.50) | 7990-000 | | | |
| | | Quantum3 Group LLC as agent for | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($564.40) | 7100-000 | | | |
| 06/07/16 | 1105 | Capital One N. A. PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | | $762.85 | $44,316.36 |
| | | | | ($2.02) | 7990-000 | | | |
| | | Capital One N. A. | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($760.83) | 7100-000 | | | |
| 06/07/16 | 1106 | Merrick Bank Resurgent Capital Services PO Box 10368 Greenville, SC  29603-0368 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | | $976.95 | $43,339.41 |

| | | Page Subtotals: | | | | $0.00 | $3,167.98 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-81072
Case Name: GWENDOLYN J FOX

Taxpayer ID No: XX-XXX3714
For Period Ending: 08/02/2016

Trustee Name: BERNARD J. NATALE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX8202
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($2.59) | 7990-000 | | | |
| | | Merrick Bank | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($974.36) | 7100-000 | | | |
| 06/07/16 | 1107 | Cynthia Buffa Lee F DeWald/DeWald Law Group PC 1237 South Arlington Heights Rd Arlington Heights, IL 60005 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $2,480.57 | $40,858.84 |
| | | | ($6.57) | 7990-000 | | | |
| | | Cynthia Buffa | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($2,474.00) | 7100-000 | | | |
| 06/07/16 | 1108 | Portfolio Recovery Associates LLC P O Box 41067 Norfolk, VA 23541 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $1,251.49 | $39,607.35 |
| | | | ($3.32) | 7990-000 | | | |
| | | Portfolio Recovery Associates LLC | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($1,248.17) | 7100-000 | | | |
| 06/07/16 | 1109 | Capital One N. A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $401.48 | $39,205.87 |
| | | | ($1.06) | 7990-000 | | | |
| | | Capital One N. A. | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($400.42) | 7100-000 | | | |
| 06/07/16 | 1110 | ROCKFORD MERCANTILE 2502 S ALPINE RD ROCKFORD, IL 61108 | Final distribution to claim 9 representing a payment of 100.00 % per court order. | | | $1,414.07 | $37,791.80 |
| | | | ($3.75) | 7990-000 | | | |
| | | ROCKFORD MERCANTILE | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($1,410.32) | 7200-000 | | | |

Page Subtotals: $0.00   $5,547.61

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: | 14-81072 | | | Trustee Name: | BERNARD J. NATALE | | Exhibit 9 |
| Case Name: | GWENDOLYN J FOX | | | Bank Name: | Associated Bank | | |
| | | | | Account Number/CD#: | XXXXXX8202 | | |
| | | | | | Checking | | |
| Taxpayer ID No: | XX-XXX3714 | | | Blanket Bond (per case limit): | $3,000.00 | | |
| For Period Ending: | 08/02/2016 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | 1111 | U. S. Deparment of Education C/O FedLoan Servicing P.O.Box 530210 Atlanta, GA  30353-0210 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | | | $5,179.01 | $32,612.79 |
| | | | ($13.72) | 7990-000 | | | |
| | | U. S. Deparment of Education | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($5,165.29) | 7200-000 | | | |
| 06/07/16 | 1112 | GWENDOLYN J FOX 723 WOODLAWN AVENUE ROCKFORD, IL  61103 | Distribution of surplus funds to debtor. | 8200-002 | | $32,612.79 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $74,470.52 | $74,470.52 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $74,470.52 | $74,470.52 |
| | Less: Payments to Debtors | $0.00 | $47,612.79 |
| | Net | $74,470.52 | $26,857.73 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $37,791.80 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8202 - Checking | $74,470.52 | $26,857.73 | $0.00 |
| | $74,470.52 | $26,857.73 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $125,529.48 |
| Total Net Deposits: | $74,470.52 |
| Total Gross Receipts: | $200,000.00 |